IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHELA B. ACOSTA § | |
| § | |
| VS. § | CIVIL NO. 4:22-CV-233-P |
| § | |
| ARLINGTON HOUSING AUTHORITY § | |

### ORDER RECOMMENDING DISMISSAL
### AND RETURNING CASE TO DISTRICT JUDGE

On March 28, 2022, *pro se* Plaintiff Shela B. Acosta filed an Emergency Injunction Motion to Compel [doc. 1]. Thereafter, on May 24, 2022, the Court entered an Order [doc. 11] directing Plaintiff to file, no later than June 7, 2022, a Complaint that meets the requirements of the Federal Rules of Civil Procedure and the Court's Local Rules. As of the date of this Order, Plaintiff has wholly failed to comply with the Court's May 24, 2022, Order. Consequently, the Court **RECOMMENDS** that the above-styled and numbered cause be **DISMISSED** for failing to comply with the Court's Order.

### NOTICE OF RIGHT TO OBJECT TO PROPOSED
### FINDINGS, CONCLUSIONS AND RECOMMENDATION
### AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed

factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

### ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until June 23, 2022,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED June 9, 2022.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE